UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA,

        v.

ERIC DE LEON, JR.,

                Defendant.

ORDER
10-CR-188A

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On June 15, 2012, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion for suppression of statements and evidence be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion for suppression of statements and evidence is denied.

        The case is referred back to Magistrate Judge Schroeder for further proceedings.

        SO ORDERED.

                              *s/ Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT JUDGE

DATED: August 13, 2012